COMPLAINT UNDER 42 USC §1983, CIVIL RIGHTS ACT-TDCJ-ID (Rev. 7/97)

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

FILED

MAY 24 2017

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY [signature] DEPUTY

DANNY R LUJAN #621300
Plaintiff's name and ID Number

WEST TEXAS ISF, BROWNFIELD, TX
Place of Confinement

CASE NO. 7:17-CV-104
(Clerk will assign the number)

v.

DAVID GUTIERREZ, CHAIR, B.P.P.
209 W. 14th Street, Ste 500
Austin, Texas 78711
Defendant's name and address

JOANIE WHITE, ASST DIR.
TDCJ - TIME CALCULATION DEPT.
Huntsville, TEXAS 77342
Defendant's name and address

MANAGEMENT & TRAINING CORP
500 N. MARKET PLACE DR. #100
CENTERVILLE, UTAH 84014
Defendant's name and address

( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

NOTICE:

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the Clerk of the United States Court for the appropriate District of Texas in the Division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. The list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate District Court, the Division and an address list of the Divisional Clerks.

II. PLACE OF PRESENT CONFINEMENT: W. Tx ISF, 2002 Lamesa Hwy, Brownfield, TX

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted both steps of the grievance procedure in this institution? ___YES ✓ NO

Attach proof of the Step 2 grievance with the response supplied by the prison system.

Parole system in Texas has no grievance procedure

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Danny R. Lujan, West Texas ISF 2002 Lamesa Hwy., Brownfield, Tx 79316

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: DAVID GUTIERREZ, CHAIR, Tx. Board of Pardons & Paroles, 209 W. 14th St., Ste 500, Austin, Tx. 78711

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Violate Plaintiff's civil rights under the 5th, 6th, 8th, 9th & 14th Amends

Defendant #2: Joanie White, Asst. Dir., T.D.C.J. Time Calculation Dept., T.D.C.J. Admin., P.O. Box 99, Huntsville, Tx 77342

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Violated Plaintiff's civil rights under the 5th, 6th, 8th, 9th & 14th Amends.

Defendant #3: James Lafavers, BPP Commissioner, 209 W. 14th St., Ste. 500, Austin, Texas 78711

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Conspired to violate Plaintiff's civil rights as stipulated

Defendant #4: Raymond Gonzales, BPP Commissioner, 209 W. 14th St. Ste. 500, Austin, Tx 78711

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Conspired to violate Plaintiff's civil rights as stipulated

Defendant #5: Diane Wilson, B.P.P. Analyst, 8610 Shoal Creek Blvd., Austin, Tx 78757

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Conspired to violate Plaintiff's civil rights as so stipulated

cont. Attached.

PARTIES TO SUIT: CONTINUED

#6: Vincent Robinson, Parole Officer, 1650 Horizon Blvd., El Paso, Tx. 79928

Acts or Omissions

Co-conspired to violate Plaintiff's civil rights under the 5th, 6th, 8th, 9th & 14th Amendments

**FILING FEE AND IN FORMA PAUPERIS**

1. In order for your complaint to be filed, it must be accompanied by the filing fee of $150.00.

2. If you do not have the necessary funds to pay the filing fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis (IFP)*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six (6) month history of your Inmate Trust Account. You can acquire the application to proceed IFP and appropriate Inmate Account Certificate from the law library at your prison unit.

3. 28 U.S.C. 1915, as amended by the Prison Litigation Reform Act of 1995 (PLRA), provides, "...if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." Thus, the Court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis* , the Court will apply 28 U.S.C. 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your Inmate Account, until the entire $150 filing fee has been paid.

4. If you intend to seek *in forma pauperis* status, then do not send your complaint without an Application to Proceed IFP, and the Certificate of Inmate Trust Account. Complete all the essential paperwork before submitting it to the Court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the Court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion (s) for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

A. Have you filed *any* other lawsuits in state or federal court relating to your imprisonment? __YES ✓ NO

B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

1. Approximate date of filing lawsuit:__________________________
2. Parties to previous lawsuit:

   Plaintiff(s)______________________________________________

   Defendant(s)____________________________________________
3. Court: (If federal, name the district; if state, name the county.) ________________________
4. Docket Number:_____________________________________________
5. Name of judge to whom case was assigned:_________________________
6. Disposition: (Was the case dismissed, appealed, still pending?)

   ________________________________________________________
7. Approximate date of disposition:_________________________________

V. STATEMENT OF CLAIM: SEE ATTACHE DOCUMENT: Exhibit A

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On Feb. 3, 2017, Plaintiff's 25 year sentence of Feb 4, 1992, expired & ceased to exist. Jeanie White, Asst. Dir. of the T.D.C.J. Time Calculation Dept. under the Executive branch of the Tx. government illegally ADDED time to the court-imposed sentence violating Plaintiff's civil rights. David Gutierrez, Chair of the T.D.C.J. Board of Pardons & Paroles has conspired in this matter as has his employees of the Tx. Parole division to keep Plaintiff illegally restrained in violation of his Civil Rights. The MTC has further co-conspired with the State agencies to keep Plaintiff illegally restrained for monetary gain making All parties in violation of the Federal RICO Act, and, Civil Rights Act of 1861.

RELIEF: State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Order immediate release with restraining Order; Monetary reparation; set for Jury trial & Appointment of Fed. counsel.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases:

Denny Rodriguez Lujan

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if known to you.

621300; 407444, 435545, 485438 SID 03471640

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES ✓ NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): ____________

2. Case Number: ____________

3. Approximate date sanctions were imposed: ____________

4. Have the sanctions been lifted or otherwise satisfied? ____YES ____NO

C. Has any court ever warned or notified you that sanctions could be imposed? ____YES ✓ NO

D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed warning (if federal, give the district and division): ______________

2. Case Number: ______________

3. Approximate date warnings were imposed: ________

Executed on: 5/19/2017
DATE

Danny Rodriguez Luyan
[signature]
(Signature of plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire $150 filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from my inmate account by my custodian until the filing fee is paid.

Signed this 19th (Day) day of May (month), ~~19~~ 2017 (year).

Danny Rodriguez Luyan
[signature]
(Signature of plaintiff)

**WARNING: The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limited to monetary sanctions and/or the dismissal of this action with prejudice.**



# STATE OF TEXAS
## BOARD OF PARDONS AND PAROLES

## Hearing/Waiver Results

### CASE INFORMATION

**Name**
LUJAN,DANNY RODRIGUEZ

**TDCJ #** 00621300 **SID #** 03471640 **VR #** 11850811

**Hearing Type**
Waiver-Revocation Hearing

**Hearing Date**
10/2007

**Release Date**
08/20/2010

**Warrant Issued**
12/29/2016

**Warrant executed**
04/04/2017

**Release Type**
MS

**HB/SB eligible**
Yes

**Maximum Expiration Date**
* 03/31/2018 / 02/04/2017 — Original Imposed Sentence. Discharge Date.

**Attorney Present**
N/A

### PRESENT OFFENSES

| Offense Date | Offense Description | Sentence | Conviction County |
|---|---|---|---|
| 02/04/1992 | POSS HEROIN | 25Y 0M 0D | REEVES |

### ALLEGATIONS and FINDINGS

**Rule 9 D - Abide by all the rules of the facility residing in. In the event I am placed in or allowed to reside in a halfway house or community residential facility, I hereby agree to go directly to and reside in the facility designated by the Parole Division until released by the Division. I shall abide by the rules of the facility and attend all required meetings. I shall not leave the physical confines of the facility and the property thereof, except for traveling to and from work, or as authorized by facility rules. During my stay, I shall pay 25% of my gross income to the facility if required. I shall leave all keys to any motor vehicle that I have use of with facility staff when the motor vehicle is not in authorized use.**

**Criminal Charge Type**

**Criminal Status**

**Offender Plea**
Admit

**Board Analyst Findings**
Sustained

**Allegation**
Failure to remain at the Halfway House designated by the Parole Division by leaving without authorization. Parole Officer Vincent Robinson

**Rule 3 - Reside in an approved place. I shall reside in a specified place as approved by my supervising officer.**

Information contained herein may be confidential and privileged and shall not be disclosed except as allowed by law.