UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

FILED
2017 JUN 12 AM 11: 10
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| DANNY RODRIGUEZ LUJAN § | |
| § | |
| vs. § | NO: MO:17-CV-00104-RAJ |
| § | |
| DAVID GUTIERREZ, JOANIE WHITE, § | |
| MANAGEMENT & TRAINING CORP., | |
| JAMES LAFAVERS, RAYMOND | |
| GONZALEZ, DIANE WILSON, VINCENT | |
| ROBINSON | |

## FINAL ORDER OF TRANSFER

On this day, the Court entered an Order *sua sponte* transferring this cause to the United States District Court for the Western District of Texas, Austin Division.

Accordingly, Plaintiff's Complaint, filed pursuant to Title 42 U.S.C. §1983, shall be **TRANSFERRED** to the United States District Court for the Western District of Texas, Austin Division in the interest of justice and pursuant to the venue statutes.

IT IS SO ORDERED.

Signed this 12 day of June, 2017.

Robert Junell
Senior United States District Judge